```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARGARET MAES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 07-0005-WBS-GGH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | Date: September 10, 2007 |
| | Time: 8:30 a.m. |
| MARGARET MAES, | Judge: William B. Shubb |
| Defendant. | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MARGARET MAES, by and through her counsel TARA I. ALLEN of the Federal Defenders Office, stipulate that the briefing schedule to file Appellant's Opening Brief be continued to the following dates:

```
     Opening Brief Due . . . . . . . . . . . . . . . . July 16, 2007
     Appellee's Brief Due . . . . . . . . . . . . . . August 6, 2007
```

```
    Appellant's Reply Brief due  . . . . . . . . . . . August 10, 2007
      Hearing on Appeal  . . . . . . . . September 10, 2007 at 8:30 a.m.
```

This continuance is being requested because counsel for the defense has been in trial and needs additional time to prepare and file the opening brief.

Dated: June 27, 2007

                                                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Tara I. Allen
_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
MARGARET MAES

Dated:  June 27, 2007                    MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Matthew Stegman
                                         _____
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  June 29, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE