```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARGARET MAES
 6

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  UNITED STATES OF AMERICA,     ) Cr.S. 07-0005-WBS-GGH
                                  )
15              Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                  )
16       v.                       ) Date:  September 10, 2007
                                  ) Time:  8:30 a.m.
17  MARGARET MAES,                ) Judge: William B. Shubb
                                  )
18              Defendant.        )
                                  )
19  _____ )

20

21

22       The United States of America, through MATTHEW C. STEGMAN,

23  Assistant United States Attorney, together with defendant, MARGARET

24  MAES, by and through her counsel LEXI NEGIN, Assistant Federal Defender

25  of the Federal Defenders Office, stipulate that the briefing schedule

26  to file Reply to Appellee's Brief be continued from August 10, 2007 to

27  August 15, 2007 the hearing on appeal will remain on September 10, 2007

28  at 8:30 a.m.
```

This continuance is being requested because counsel for the defense has been out ill and needs additional time to prepare and file the reply brief.

Dated: August 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lexi Negin
_____
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
MARGARET MAES

Dated:  August 8, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: August 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2